**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE WILLIAMS, on behalf of herself and all others similarly situated, ) ) ) PLAINTIFF, ) ) v. ) ) CREDIT PROTECTION ASSOCIATION, ) LP, ) DEFENDANT. ) | Case No. 19-cv-06625<br><br>Hon. John Robert Blakey<br><br>Magistrate Judge Gabriel A. Fuentes |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE**, that on October 25, 2019, Plaintiff Michelle Williams filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois at Case No. 19-bk-30387.

Dated: October 28, 2019

                                                Respectfully submitted,

                                                By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers, LLC.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on October 28, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 28, 2019**

Respectfully submitted,

By: /s/ *Celetha Chatman*

Celetha Chatman
**Community Lawyers, LLC.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com