IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELLE WILLIAMS, on behalf )
of herself and all others similarly situated, )
)
PLAINTIFF, )
) Case No. 19-cv-06625
v. )
) Hon. John Robert Blakey
CREDIT PROTECTION ASSOCIATION, )
LP, ) Magistrate Judge Gabriel A. Fuentes
DEFENDANT. )

**Plaintiff's Status Report**

1. Plaintiff filed the above alleged action on October 4, 2019.

2. Plaintiff filed a suggestion of bankruptcy on October 28, 2019. Plaintiff's 341 meeting is schedule for December 9, 2019. Plaintiff anticipates that the bankruptcy trustee will be abandoning this asset.

3. Plaintiff request that the current status hearing scheduled for November 21, 2019, be moved to sometime in January 2020, which will allow the bankruptcy trustee to decide whether or not to abandon this asset.

4. Plaintiff served Defendant on October 25, 2019, Defendant's answer is currently due on November 15, 2019.

5. Defendant has not yet appeared in this action.

**Dated: November 8, 2019**

By: /s/ *Celetha Chatman*

# CERTIFICATE OF SERVICE

I, Celetha C. Chatman, an attorney, certify that I shall cause to be served a copy of **Plaintiff's Status Report** upon the following individual(s), as indicated below, this day of November 8, 2019 along with a certified copy of the notice entered in the case referenced above:

| | |
|---|---|
| ___ CM/ECF<br>___ Facsimile<br>___ Federal Express<br>___ UPS<br>_X_ USPS Mail<br>___ Messenger<br>___ Email | Credit Protection Association, LP<br>c/o CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, Tx 75201 |

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers, LLC**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com